**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** Marc Riccardo Partee<br>Cecelia Darlene Partee<br>**Debtor(s)** | **BK NO. 16-01768 HWV**<br><br>**Chapter 13** |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

              Respectfully submitted,

              /s/ *Rebecca A. Solarz*
              Rebecca Solarz
              30 Oct 2020, 15:43:32, EDT

              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA  19106
              215-627-1322