04/08/2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Ronald Reagan Federal Building
P O Box 908
Hummelstown, PA 17036

RE:  "Proof of Claim Withdrawal # 3"

Dear Mr. Clerk:

Please find attached the reason for the Proof of Claim Withdrawal for the following matter.

| | |
|---|---|
| Name: | MARC R. PARTEE |
| Number: | xxxxx7952 |
| **CASE NUMBER:** | **16-01768** |
| **Claim** | **# 3** |
| Reason: | Total Loss / Insurance Claim |

Thank you for you co-operation.

Very truly yours,

*Jean E. Brooks*

Jean E. Brooks
Bankruptcy Specialist
Collection Department

TKS/jeh

Enclosures

CC to:  M.E.C.U.