United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                  Case No. 16-01768-HWV
Marc Riccardo Partee                                  Chapter 13
Cecelia Darlene Partee
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                         User: AutoDocke                                Page 1 of 4
Date Rcvd: Jun 22, 2021                   Form ID: 3180W                              Total Noticed: 60

The following symbols are used throughout this certificate:
**Symbol**       **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marc Riccardo Partee, Cecelia Darlene Partee, 68 Delta Ridge Drive, Delta, PA 17314-7906 |
| 4781903 | + | Acs/sallimae, 501 Bleeker St, Utica NY 13501-2401 |
| 4830359 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 4789949 | | CornerStone Education Loan Services, PO Box 145123, Salt Lake City, UT 84114-5123 |
| 4781915 | + | Cornerstone/dept Of E, Pob Box 145122, Salt Lake City UT 84114-5122 |
| 4829578 | + | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 4821137 | + | Freedom Mortgage Corporation, 500 Virginia Drive, Suite 502, Fort Washington, PA 19034-2734 |
| 4781917 | + | Kay Jewelers/Sterling Jewelers Inc., Sterling Jewelers, Po Box 1799, Akron OH 44309-1799 |
| 4781919 | + | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach VA 23452-4262 |
| 4792163 | | SLM TRUST 2011-1 and Navient Solutions Inc, on behalf of United Student Aid F, Attn Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 5377195 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 4781902 | + | York Adams Tax Claim Bureau, 1405 N Duke Street, York PA 17404-2125 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jun 22 2021 22:48:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5065002 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jun 22 2021 18:49:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 4807984 | | EDI: BECKLEE.COM | Jun 22 2021 22:48:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4781904 | + | EDI: AMEREXPR.COM | Jun 22 2021 22:48:00 | Amex, Correspondence, Po Box 981540, El Paso TX 79998-1540 |
| 4781905 | + | EDI: TSYS2.COM | Jun 22 2021 22:48:00 | Barclays Bank Delaware, Po Box 8801, Wilmington DE 19899-8801 |
| 4781909 | | EDI: CITICORP.COM | Jun 22 2021 22:48:00 | Childrens Place/Citicorp Credit Services, Attn: Citicorp Credit Services, Po Box 20507, Kansas City MO 64195 |
| 4820409 | + | EDI: WFNNB.COM | Jun 22 2021 22:48:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4781907 | + | EDI: CAPITALONE.COM | Jun 22 2021 22:48:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 4797322 | | EDI: CAPITALONE.COM | Jun 22 2021 22:48:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4824328 | | EDI: BL-BECKET.COM | Jun 22 2021 22:48:00 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| | | | | |
|---|---|---|---|---|
| 4781910 | + | EDI: CITICORP.COM | Jun 22 2021 22:48:00 | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis MO 63179-0040 |
| 4781911 | + | EDI: CITICORP.COM | Jun 22 2021 22:48:00 | Citibank/Goodyear, CitiCorp Credit Card Services/Attention, Po Box 790040, Saint Louis MO 63179-0040 |
| 4781912 | + | EDI: CITICORP.COM | Jun 22 2021 22:48:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis MO 63179-0040 |
| 4781913 | + | EDI: WFNNB.COM | Jun 22 2021 22:48:00 | Comenity Bank/New York & Company, Po Box 182125, Columbus OH 43218-2125 |
| 4781914 | + | EDI: WFNNB.COM | Jun 22 2021 22:48:00 | Comenity Bank/Pier 1, Po Box 182125, Columus OH 43218-2125 |
| 4827448 | | EDI: Q3G.COM | Jun 22 2021 22:48:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5314318 | + | EDI: AISACG.COM | Jun 22 2021 22:48:00 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4781916 | + | EDI: BANKAMER.COM | Jun 22 2021 22:48:00 | Fia Cs, Po Box 982238, El Paso TX 79998-2238 |
| 4781901 | | EDI: IRS.COM | Jun 22 2021 22:48:00 | IRS Centralized Insolvency Oper., PO Box 21126, Philadelphia PA 19114-0326 |
| 4781908 | | EDI: JPMORGANCHASE | Jun 22 2021 22:48:00 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington DE 19850 |
| 4781918 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 22 2021 18:50:00 | Kohls/Capital One, Po Box 3120, Milwaukee WI 53201-3120 |
| 4818694 | + | EDI: MID8.COM | Jun 22 2021 22:48:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4788323 | + | Email/Text: collections@mecu.com | Jun 22 2021 18:50:00 | Mecu of Balitmore Inc, c/o Collections Dept, 7 E Redwood Street, Baltimore, MD 21202-1115 |
| 4781920 | + | Email/Text: collections@mecu.com | Jun 22 2021 18:50:00 | Municipal E Cu Baltimo, Mecu Of Baltimore, Inc., Attn. Bankruptcy Dept, 11th fl. 7 Redwoo, Baltimore MD 21202-1115 |
| 4781921 | + | Email/Text: collections@mecu.com | Jun 22 2021 18:50:00 | Municipal E Cu Baltimo, Mecu Of Baltimore, Inc., Bankruptcy 11th fl. 7 Redwoo, Baltimore MD 21202-1115 |
| 4781922 | + | Email/Text: bnc@nordstrom.com | Jun 22 2021 18:50:47 | Nordstrom Fsb, Correspondence, Po Box 6555, Englewood CO 80155-6555 |
| 4827866 | + | EDI: JEFFERSONCAP.COM | Jun 22 2021 22:48:00 | Nordstrom Fsb, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 4781923 | + | EDI: AGFINANCE.COM | Jun 22 2021 22:48:00 | Onemain Financial, 6801 Colwell Blvd, Ntsb-2320, Irving TX 75039-3198 |
| 4830264 | | EDI: PRA.COM | Jun 22 2021 22:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4802202 | | EDI: PENNDEPTREV | Jun 22 2021 22:48:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 4802202 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 22 2021 18:50:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 4799580 | | EDI: Q3G.COM | Jun 22 2021 22:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4786051 | | EDI: Q3G.COM | Jun 22 2021 22:48:00 | Quantum3 Group LLC as agent for, Sterling |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Jewelers Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5161877 | + | Email/Text: bncmail@w-legal.com | Jun 22 2021 18:50:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 5161876 | + | Email/Text: bncmail@w-legal.com | Jun 22 2021 18:50:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 4781924 | + | EDI: RMSC.COM | Jun 22 2021 22:48:00 | Synchrony Bank, Po Box 103104, Roswell GA 30076-9104 |
| 4781925 | + | EDI: RMSC.COM | Jun 22 2021 22:48:00 | Synchrony Bank/ JC Penneys, Attn: Bankrupty, Po Box 103104, Roswell GA 30076-9104 |
| 4781926 | + | EDI: RMSC.COM | Jun 22 2021 22:48:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 103104, Roswell GA 30076-9104 |
| 4781927 | + | EDI: RMSC.COM | Jun 22 2021 22:48:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 103104, Roswell GA 30076-9104 |
| 4781928 | + | EDI: RMSC.COM | Jun 22 2021 22:48:00 | Synchrony Bank/Care Credit, Attn: bankruptcy, Po Box 103104, Roswell GA 30076-9104 |
| 4781929 | + | EDI: RMSC.COM | Jun 22 2021 22:48:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 103104, Roswell GA 30076-9104 |
| 4820412 | + | Email/Text: bncmail@w-legal.com | Jun 22 2021 18:50:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4781930 | + | EDI: WTRRNBANK.COM | Jun 22 2021 22:48:00 | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis MN 55440-9475 |
| 4781931 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 22 2021 18:50:00 | Transworld Systems Inc, Po Box 17205, Wilmington DE 19850-7205 |
| 4781932 | + | EDI: CITICORP.COM | Jun 22 2021 22:48:00 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason OH 45040-8053 |
| 4781933 | + | EDI: WFFC.COM | Jun 22 2021 22:48:00 | Wells Fargo, P.o. Box 29704, Phoenix AZ 85038-9704 |
| 4796575 | | EDI: WFFC.COM | Jun 22 2021 22:48:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine, CA 92623-9657 |
| 4796675 | + | EDI: WFFC.COM | Jun 22 2021 22:48:00 | Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Se, 1451 Thomas Langston Rd., Winterville, NC 28590-8872 |
| 4781934 | + | Email/Text: kcm@yatb.com | Jun 22 2021 18:50:00 | York Adams Tax Bureau, 1405 N. Duke Street, York PA 17404-2125 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4781906 | | Cap1/bstby |
| cr | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| cr | *+ | Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Se, 1451 Thomas Langston Rd., Winterville, NC 28590-8872 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2021              Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor FREEDOM MORTGAGE CORPORATION ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com |
| Celine P DerKrikorian | on behalf of Creditor FREEDOM MORTGAGE CORPORATION ecfmail@mwc-law.com |
| Dawn Marie Cutaia | on behalf of Debtor 1 Marc Riccardo Partee dmcutaia@gmail.com cutaialawecf@gmail.com;r46159@notify.bestcase.com,judy.cutaialaw@gmail.com |
| Dawn Marie Cutaia | on behalf of Debtor 2 Cecelia Darlene Partee dmcutaia@gmail.com cutaialawecf@gmail.com;r46159@notify.bestcase.com,judy.cutaialaw@gmail.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Lauren Marie Moyer | on behalf of Creditor FREEDOM MORTGAGE CORPORATION nj-ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Wells Fargo Bank  N.A. d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 10

| | | |
|---|---|---|
| Debtor 1 | Marc Riccardo Partee | Social Security number or ITIN xxx–xx–7952 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Cecelia Darlene Partee | Social Security number or ITIN xxx–xx–8231 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   1:16–bk–01768–HWV

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Marc Riccardo Partee                Cecelia Darlene Partee

**By the court:**

6/22/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ToniaWilson, Deputy Clerk

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**